42834. AETNA FINANCE COMPANY OF ALBANY v. LEE COUNTY MANUFACTURING, INC.

SUBMITTED JUNE 12, 1967—DECIDED JUNE 22, 1967—
REHEARING DENIED JULY 18, 1967.

*Charles W. Hill,* for appellant.

*Smoak & Bell,* for appellee.

JOSLIN, Judge. The record shows that a letter asserting that it was an answer to a summons of garnishment was filed within the time required, and that the court, being unaware of this filing, signed a default judgment against the garnishee. This is sufficient showing, under Code § 110-702, upon which to grant a motion to set aside the default judgment.

*Judgment affirmed. Bell, P. J., concurs. Pannell, J., concurs specially.*

PANNELL, Judge, concurring specially. I concur with the judgment in this case under authority of *Aycock v. Royal Ins. Co.,* 46 Ga. App. 299 (167 SE 551).